CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 3, 2000

Memo to Counsel Re: Asbestos Products Liability Litigation
Heller v. Armstrong World Industries
Civil No. 88-3181

Dear Counsel:

I have today signed an order granting plaintiff's motion for leave of court to amend plaintiff's complaint and to substitute party that has been unopposed.

Please provide me with a report of the status of this litigation on or before August 17, 2000.

Very truly yours,

J. Frederick Motz
United States District Judge