- 3 -

FILED _____ ENTERED _____
LODGED _____ RECEIVED

AUG 3 2000

CLERK
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

IN RE:  ASBESTOS PRODUCTS        *
        LIABILITY LITIGATION
        (NO. VI)                 *

* * * * * * * * * * * * * * * * * *   CIVIL ACTION NO.
                                      MDL 875
This Document Relates to:        *

USDC - MARYLAND                  *

WILSON HELLER   ---   JH 88-3181 *

* * * * * * * * * * * * * * * * * * * * * * * * * *

O R D E R

Pursuant to the Master Order for Baltimore Mass Litigation permitting substitution of parties without leave of Court, it is this 3rd day of Aug____, 1999, hereby

ORDERED, that the complaint of Barbara A. Wajbel, as Personal Representative for Virginia Heller, the surviving spouse and Personal Representative of the Estate of Wilson Heller, deceased, be and hereby is amended to include Survival and Wrongful Death actions, to continue Mrs. Heller's Loss of Consortium claim, and it is further

ORDERED, that the attached amended complaint shall be and it is hereby deemed filed, as of the date of the filing of plaintiff's original complaint.

_____
U. S. DISTRICT COURT JUDGE