IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates to United States<br>District Court for Maryland<br><br>(See Attachment A) | )<br>)<br>)  MDL 875<br>)<br>)<br>)       88-3181<br>)<br>)<br>)<br>) |

AND NOW, this 11th day of August, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

Charles R. Weiner